# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Lee Welsh<br><br>**Debtor** | **BK NO. 18-05005 HWV**<br><br>**Chapter 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                Respectfully submitted,

                **/s/ James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322